UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSIF HAMILTON, JANINA FRENDAK, and
RAISA TKACH,

                    Plaintiffs,

-v-

MOUNT SINAI HOSPITAL,

                    Defendant.

No. 04 Civ. 9068 (LTS)(GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 0 2007

LAURA TAYLOR SWAIN, United States District Judge

## ORDER ADOPTING REPORT & RECOMMENDATION

The Court has reviewed Magistrate Judge Gorenstein's November 21, 2007, Report and Recommendation (the "Report"), which recommends that Defendant's motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, be granted. No objections to the Report have been received.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.A. § 636(b)(1)(C) (West 1993). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Johnson v. New York University School of Education, No. 00 Civ. 8117, at *1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003).

The Court has reviewed carefully Magistrate Judge Gorenstein's thorough Report and Recommendation and finds no clear error. The Court therefore adopts the Report in its

Copies mailed/faxed to Counsel of record
Chambers of Judge Swain
12/19/07

entirety for the reasons stated therein. Accordingly, Defendant's motion for summary judgment is granted. The Clerk of Court is respectfully requested to enter judgment dismissing the complaint and close this case.

SO ORDERED.

Dated: New York, New York
December 19, 2007

LAURA TAYLOR SWAIN
United States District Judge